```
FILED
June 9, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Mag. 06-0150-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| FRANCISCO EMILIO VEGA, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release FRANCISCO EMILIO VEGA, Case No. Mag. 06-0150-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of All Equity in Parents Property

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)    Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 9, 2006 at 12:50 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge